UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

NATALIYA PINYUK on behalf of herself and
all other similarly situated consumers

                              Plaintiff,

              -against-

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

                              Defendant.

_____

**Case No.**

**1:18-cv-04121-LDH-RLM**

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

 

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice without costs to either party as against the other.   This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
      March 22, 2019

 _/s/ Maxim Maximov_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Hillsborough, New Jersey
      March 22, 2019

 _/s/ Peter Cipparulo, III, Esq._____
Peter Cipparulo, III, Esq.
Law Offices of Peter Cipparulo, III, LLC
Attorney for the Defendant
349 Route 206, Suite K
Hillsborough, New Jersey 08844
Office: (908) 275-8777
Facsimile: (973) 737-1617
E-mail: petercipparulo@cipplaw.com